DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————

COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF
CLEARWATER, FLORIDA,

Appellant,

v.

CRUM PROPERTIES II, LLC,

Appellee.

No. 2D2025-1042

—————————————

January 14, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Michael F. Andrews, Judge.

Jack R. Reiter, Robert Johnson, Robert C. Weill, and Eric Yesner, of
GrayRobinson, P.A., Miami, for Appellant.

Jenea M. Reed, Coral del mar Lopez, and Ryan M. Wolis of Stearns
Weaver Miller Weissler Alhadeff & Sitterson, P.A., Miami, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.